B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  __Ark Development/Oceanview, LLC__

Debtor(s)

Case No.  __11-20382__

Chapter  __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Elevator Company, Inc. 18101 N.W. 82nd Court Hialeah, FL 33015 | Allied Elevator Company, Inc. 18101 N.W. 82nd Court Hialeah, FL 33015 | 1427 Subcontractor | | 6,300.00 |
| American Express PO Box 360001 Fort Lauderdale, FL 33336 | American Express PO Box 360001 Fort Lauderdale, FL 33336 | | | 10,338.87 |
| Ark Capital Group, LLC 701 West Cypress Creek Road, Suite 301 Fort Lauderdale, FL 33309 | Ark Capital Group, LLC 701 West Cypress Creek Road, Suite 301 Fort Lauderdale, FL 33309 | Loan payable | | 1,129,380.83 |
| Colonial Cast Stone, Inc. 5500 Georgia Avenue West Palm Beach, FL 33405 | Colonial Cast Stone, Inc. 5500 Georgia Avenue West Palm Beach, FL 33405 | 1431 Subcontractor | | 22,225.48 |
| First Priority 3251 NW 65th Street Fort Lauderdale, FL 33309 | First Priority 3251 NW 65th Street Fort Lauderdale, FL 33309 | 1431 Subcontractor | | 7,000.07 |
| IMG Investment, LLC 701 West Cypress Creek Road, Suite 301 Fort Lauderdale, FL 33309 | IMG Investment, LLC 701 West Cypress Creek Road, Suite 301 Fort Lauderdale, FL 33309 | Loan payable | | 43,000.00 |
| Joseph Kodsi 701 West Cypress Creek Road, Suite 301 Fort Lauderdale, FL 33309 | Joseph Kodsi 701 West Cypress Creek Road, Suite 301 Fort Lauderdale, FL 33309 | Loan payable | | 200,000.00 |
| K.I.T. Management, Inc. 701 West Cypress Creek Road, Suite 302 Fort Lauderdale, FL 33309 | K.I.T. Management, Inc. 701 West Cypress Creek Road, Suite 302 Fort Lauderdale, FL 33309 | Loan payable | | 81,500.00 |
| Metal Stair Railing 249 SW 21 Terrace Fort Lauderdale, FL 33312 | Metal Stair Railing 249 SW 21 Terrace Fort Lauderdale, FL 33312 | 1431 Subcontractor | | 7,206.18 |
| Metal Works 249 SW 21 Terrace Fort Lauderdale, FL 33312 | Metal Works 249 SW 21 Terrace Fort Lauderdale, FL 33312 | 1423 Subcontractor | | 17,940.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Ark Development/Oceanview, LLC**                                          Case No.    **11-20382**
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Michael Wall Plumbing Services, Inc.**<br>3030 SW 22nd Street<br>Fort Lauderdale, FL 33312 | **Michael Wall Plumbing Services, Inc.**<br>3030 SW 22nd Street<br>Fort Lauderdale, FL 33312 | Claim of Lien on<br>1423 Property | | 16,973.32<br><br>(0.00 secured) |
| **Michael Wall Plumbing Services, Inc.**<br>3030 SW 22nd Street<br>Fort Lauderdale, FL 33312 | **Michael Wall Plumbing Services, Inc.**<br>3030 SW 22nd Street<br>Fort Lauderdale, FL 33312 | Claim of Lien on<br>1431 Property | | 7,743.45<br><br>(0.00 secured) |
| **Pauls Carpet**<br>31 NW 23 Street<br>Miami, FL 33127 | **Pauls Carpet**<br>31 NW 23 Street<br>Miami, FL 33127 | 1423<br>Subcontractor | | 9,776.49 |
| **Peter Jimenez**<br>4742 Tropicana Avenue<br>Fort Lauderdale, FL 33330 | **Peter Jimenez**<br>4742 Tropicana Avenue<br>Fort Lauderdale, FL 33330 | Loan payable | | 195,000.00 |
| **Powertech Interiors**<br>560 S. Andrews Avenue<br>Pompano Beach, FL 33069 | **Powertech Interiors**<br>560 S. Andrews Avenue<br>Pompano Beach, FL 33069 | 1423<br>Subcontractor | | 10,578.50 |
| **Powertech Interiors**<br>560 S. Andrews Avenue<br>Pompano Beach, FL 33069 | **Powertech Interiors**<br>560 S. Andrews Avenue<br>Pompano Beach, FL 33069 | 1431<br>Subcontractor | | 6,194.25 |
| **Smith & Sons Painting Interior**<br>1235 SE 12 Avenue<br>Deerfield Beach, FL 33441 | **Smith & Sons Painting Interior**<br>1235 SE 12 Avenue<br>Deerfield Beach, FL 33441 | 1431<br>Subcontractor | | 10,000.00 |
| **Solar Air, Inc.**<br>3700 Hacienda Boulevard<br>Suite #C<br>Fort Lauderdale, FL 33314 | **Solar Air, Inc.**<br>3700 Hacienda Boulevard Suite #C<br>Fort Lauderdale, FL 33314 | 1431<br>Subcontractor | | 7,248.30 |
| **Stone Profiles, LLC**<br>1127 Poinsetta Drive<br>Delray Beach, FL 33444 | **Stone Profiles, LLC**<br>1127 Poinsetta Drive<br>Delray Beach, FL 33444 | Claim of Lien on<br>1423 Property | | 9,758.81<br><br>(0.00 secured) |
| **Stone Profiles, LLC**<br>1127 Poinsetta Drive<br>FL 33344 | **Stone Profiles, LLC**<br>1127 Poinsetta Drive<br>FL 33344 | 1427<br>Subcontractor | | 15,874.89 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May  2, 2011**                                    Signature   **/s/ Isaac Kodsi**
                                                                    **Isaac Kodsi**
                                                                    **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ark Development/Oceanview, LLC**
_____
                                    Debtor

Case No. _____**11-20382**_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,000,000.00 | | |
| B - Personal Property | Yes | 3 | 11,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 9,969,193.86 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,841,299.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 12,011,000.00 | | |
| Total Liabilities | | | | 11,810,493.43 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ark Development/Oceanview, LLC**

                               Debtor

Case No.    **11-20382**

Chapter        **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

In re    **Ark Development/Oceanview, LLC** _____ ,    Case No. ____**11-20382**____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Northern Trust**<br>**700 Brickell Avenue**<br>**Miami, Florida 33131**<br>**Acct No. xxxx-xx-4932** | - | 0.00 |
| | | **BB&T**<br>**1580 Sawgrass Corporate Parkway, Suite 310**<br>**Fort Lauderdale, Florida 33323**<br>**Acct No. xxxx-xx-9310** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Bret Tuckman**<br>**1423 N. Atlantic Boulevard**<br>**Fort Lauderdale, Florida 33304** | - | 11,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 11,000.00 |
|---|---|---|
|  | (Total of this page) |  |

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ark Development/Oceanview, LLC**         Case No.    **11-20382**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ark Development/Oceanview, LLC**                                          ,    Case No.    __11-20382__

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 11,000.00 |

Sheet   __2__  of  __2__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Ark Development/Oceanview, LLC** _____ ,    Case No. ___**11-20382**___

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Claim of Lien on 1431 Property | | | | | |
| Atlantic Electric Construction, Inc. 214 SE 21st Terrace Fort Lauderdale, FL 33307 | | | | | | | | | | |
| | | | | | Value $        4,000,000.00 | | | | 8,718.86 | 0.00 |
| Account No. | | | | | Claim of Lien on 1423 Property | | | | | |
| Atlantic Electric Construction, Inc. 214 SE 21st Terrace Fort Lauderdale, FL 33307 | | | | | | | | | | |
| | | | | | Value $        4,000,000.00 | | | | 19,694.80 | 0.00 |
| Account No. | | | | | 1431 Subcontractor | | | | | |
| Ballard Customs Elevator, Inc. 217 NE 8th Terrace Deerfield Beach, FL 33441 | | | | | | | | | | |
| | | | | | Value $        0.00 | | | | 3,700.00 | 3,700.00 |
| Account No. 9661492365-1 | | | | | Approximately August 27, 2007 | | | | | |
| BB&T Mortgage 1580 Sawgrass Corporate Parkway Suite 310 Fort Lauderdale, FL 33323 | | | | | 1427 North Atlantic Boulevard Fort Lauderdale, Florida 33304 | | | | | |
| | | | | | Value $        4,000,000.00 | | | | 3,392,779.02 | 0.00 |

_2_   continuation sheets attached

Subtotal (Total of this page) | 3,424,892.68 | 3,700.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Ark Development/Oceanview, LLC**                           , Case No.    **11-20382**
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J c | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 Property taxes | | | | | |
| Broward County Revenue Collection P.O. Box 29009 Fort Lauderdale, FL 33301-9009 | | - | | | | | | |
| | | | Value $          4,000,000.00 | | | | 46,321.23 | 0.00 |
| Account No. | | | Claim of Lien of 1423 Property | | | | | |
| JP Construction and Development, Inc. 2787 East Oakland Park Boulevard Suite 411 Fort Lauderdale, FL 33306 | | | | | | | | |
| | | | Value $          4,000,000.00 | | | | 151,746.76 | 0.00 |
| Account No. | | | Claim of Lien on 1423 Property | | | | | |
| LFH Acquisition Corp. d/b/a Labor for Hire c/o Brian M. Abelow 5561 N. University Drive, Suite 102 Pompano Beach, FL 33067 | | | | | | | | |
| | | | Value $          0.00 | | | | 5,563.36 | 5,563.36 |
| Account No. | | | Claim of Lien on 1431 Property | | | | | |
| Metal Art Work & Supply 249 SW 21st Terrace Fort Lauderdale, FL 33312 | | - | | | | | | |
| | | | Value $          8,115.18 | | | | 0.00 | 0.00 |
| Account No. | | | Claim of Lien on 1431 Property | | | | | |
| Michael Wall Plumbing Services, Inc. 3030 SW 22nd Street Fort Lauderdale, FL 33312 | | | | | | | | |
| | | | Value $          0.00 | | | | 7,743.45 | 7,743.45 |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 211,374.80 | 13,306.81 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Ark Development/Oceanview, LLC**                                         ,    Case No. ___**11-20382**___
_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | Claim of Lien on 1423 Property | | | | | |
| Michael Wall Plumbing Services, Inc.<br>3030 SW 22nd Street<br>Fort Lauderdale, FL 33312 | | - | | | | | | | | | |
| | | | | | | Value $           0.00 | | | | 16,973.32 | 16,973.32 |
| Account No. 600000177 | | | | | | Approximately August 17, 2007 | | | | | |
| Midland Loan Services, Inc.<br>P.O. Box 25965<br>Overland Park, KS 66225 | | - | | | | 1423 North Atlantic Boulevard<br>Fort Lauderdale, Florida | | | | | |
| | | | | | | Value $    4,000,000.00 | | | | 3,150,000.00 | 0.00 |
| Account No. | | | | | | Approximately June 15, 2007 | | | | | |
| Northern Trust, N.A.<br>700 Brickell Avenue<br>Miami, FL 33131 | | - | | | | 1431 North Atlantic Boulevard<br>Fort Lauderdale, Florida 33305 | | | | | |
| | | | | | | Value $    4,000,000.00 | | | | 3,150,000.00 | 0.00 |
| Account No. | | | | | | Claim of Lien on 1431 Property | | | | | |
| Powertec Interiors<br>560 South Andrews Avenue<br>Pompano Beach, FL 33069 | | - | | | | | | | | | |
| | | | | | | Value $           0.00 | | | | 6,194.25 | 6,194.25 |
| Account No. | | | | | | Claim of Lien on 1423 Property | | | | | |
| Stone Profiles, LLC<br>1127 Poinsetta Drive<br>Delray Beach, FL 33444 | | - | | | | | | | | | |
| | | | | | | Value $           0.00 | | | | 9,758.81 | 9,758.81 |

Sheet  **2**   of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 6,332,926.38 | 32,926.38 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 9,969,193.86 | 49,933.19 |

B6E (Official Form 6E) (4/10)

In re      **Ark Development/Oceanview, LLC**                                                    Case No.    **11-20382**

_____,
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Ark Development/Oceanview, LLC**                                    Case No. ___**11-20382**___
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **FL Dept of Revenue** **5050 W. Tennessee Street** **Tallahassee, FL 32399** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** **Attn: Special Procedures** **P.O. Box 34045** **Stop 572** **Jacksonville, FL 32202** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** **Ogden, UT 84201-0039** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** **P.O. Box 105017** **Atlanta, GA 30348-5017** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19114** | - | | | | | | Unknown | Unknown | 0.00 |

Sheet __**1**__ of __**2**__ continuation sheets attached to                    Subtotal                     0.00
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)       0.00        0.00

B6E (Official Form 6E) (4/10) - Cont.

In re  **Ark Development/Oceanview, LLC** _____,  Case No. ___**11-20382**_____
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | | |
| **US Attorney Southern District of Florida 500 East Broward Boulevard Fort Lauderdale, FL 33394** | - | | | | | | | | | **Unknown** |
| | | | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **0.00** | **0.00** |
| Total | | **0.00** |
| (Report on Summary of Schedules) | **0.00** | **0.00** |

B6G (Official Form 6G) (12/07)

In re    **Ark Development/Oceanview, LLC**                                    Case No. ____**11-20382**____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bret Tuckman**<br>**1423 N. Atlantic Boulevard**<br>**Fort Lauderdale, FL 33304** | **Residential lease for single family home and duplex between Debtor, as landlord, and Bret Tuckman, as tenant** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Ark Development/Oceanview, LLC**                                     ,    Case No. ___**11-20382**___
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Isaac Kodsi**<br>**701 West Cypress Creek Road, Suite 301**<br>**Fort Lauderdale, FL 33309** | **Northern Trust, N.A.**<br>**700 Brickell Avenue**<br>**Miami, FL 33131** |
| **Isaac Kodsi**<br>**701 West Cypress Creek Road, Suite 301**<br>**Fort Lauderdale, FL 33309** | **Midland Loan Services, Inc.**<br>**PO Box 25965**<br>**Overland Park, KS 66225** |
| **Joseph Kodsi**<br>**701 West Cypress Creek Road, Suite 301**<br>**Fort Lauderdale, FL 33309** | **Northern Trust, N.A.**<br>**700 Brickell Avenue**<br>**Miami, FL 33131** |
| **Joseph Kodsi**<br>**701 West Cypress Creek, Road 301**<br>**Fort Lauderdale, FL 33309** | **BB&T Mortgage**<br>**1580 Sawgrass Corporate Parkway**<br>**Suite 310**<br>**Fort Lauderdale, FL 33323** |
| **Joseph Kodsi**<br>**701 West Cypress Creek Road, Suite 301**<br>**Fort Lauderdale, FL 33309** | **Midland Loan Services, Inc.**<br>**PO Box 25965**<br>**Overland Park, KS 66225** |
| **Peter Tocci**<br>**701 West Cypress Creek Road, Suite 301**<br>**Fort Lauderdale, FL 33309** | **Northern Trust, N.A.**<br>**700 Brickell Avenue**<br>**Miami, FL 33131** |
| **Peter Tocci**<br>**701 West Cypress Creek Road, Suite 301**<br>**Fort Lauderdale, FL 33309** | **Midland Loan Services, Inc.**<br>**PO Box 25965**<br>**Overland Park, KS 66225** |

 **0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    __Ark Development/Oceanview, LLC__                  Case No.    __11-20382__

                                       Debtor(s)         Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __May 2, 2011__                     Signature    __/s/ Isaac Kodsi__

                                                    **Isaac Kodsi**

                                                    **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ark Development/Oceanview, LLC**          Case No.   **11-20382**

                                   Debtor(s)          Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$44,000.00** | **January 1, 2011 through April 18, 2011** |
| **$22,000.00** | **2010** |
| **$0.00** | **2009** |

---

**2. Income other than from employment or operation of business**

None   ■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

2

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$0.00** | **$0.00** |

None ☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Branch Banking and Trust Company, a North Carolina banking corporation, as successor in interet to Colonial Bank by asset aquisition from the FDIC, as receiver for Colonial Bank v. Ark Development/Oceanview, LLC, Joseph Kodsi, SKD Acquisition Corp. d/b/a Absolute Powder Coating, LAE NYY, LLC, Stone Profiles (I), LLC, Smith & Sons Construction of Florida, LLC, and Michael Wall Plumbing Services, Inc. (Case No. 10-04082)** | **Foreclosure** | **In the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida** | **Pending** |
| **Powertech Interiors, Inc. v. Ark Development/Oceanview, LLC (Case No. 11-000237CACE04)** | **Construction lien** | **17th Judicial Circuit, Broward County, Florida** | **Pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **LFH Acquisition Corp. d/b/a Labor For Hire v. JP Construction and Development, Inc. and Ark Development/Oceanview, LLC (Case No. 10-02416)** | **Notice of Lis Pendens** | **In the County Court in and for Broward County, Florida** | **Pending** |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☐

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Haft Steinlauf & Co.**<br>**Daniel P. Steinlauf**<br>**1200 S. Pine Island Road, Suite 475**<br>**Fort Lauderdale, FL 33324** | |
| **Ark Development/Oceanview, LLC**<br>**Monica Garzon**<br>**701 Cypress Creek Road, Suite 301**<br>**Fort Lauderdale, FL 33309** | **2002 through current** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

7

NAME
**Ark Development/Oceanview, LLC**

ADDRESS
**Monica Garzon**
**701 Cypress Creek Road, Suite 301**
**Fort Lauderdale, FL 33309**

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **May 2, 2011**                                    Signature    **/s/ Isaac Kodsi**
                                                                      **Isaac Kodsi**
                                                                      **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**ARK DEVELOPMENT/OCEANVIEW,LLC**
**Vendors Payments**
As of April 26, 2011

## 3.b. PAYMENTS TO ORDINARY CREDITORS

| Type | Date | Num | Memo | Paid Amount | Address |
|------|------|-----|------|-------------|---------|
| Check | 02/11/2011 | 2107 | Reimburse Expense | -82.65 | 5302 NE 6th Ave #D Oakland Park Fl 33334 |
| Check | 02/11/2011 | 2108 | Per 02/07/11-02/11/11 | -1,250.00 | |
| Check | 02/11/2011 | 2114 | Additional drywall patch work | -600.00 | |
| Check | 02/15/2011 | 094 | Per 2/14/11-2/18/11 | -1,276.17 | |
| Check | 02/15/2011 | 095 | Additional drywall patch work & reimb exp | -1,045.07 | |
| Check | 02/24/2011 | 2401 | Per 02/21/11-02/25/11 | -1,250.00 | |
| Check | 02/24/2011 | 2403 | Reimburse expenses | -135.36 | |
| Check | 02/24/2011 | 2405 | Additional drywall patch work | -800.00 | |
| Check | 03/01/2011 | 2411 | Additional drywall patch work | -400.00 | |
| Check | 03/01/2011 | 2412 | Per 02/28/11-03/04/11 | -1,250.00 | |
| Check | 03/08/2011 | 2419 | Per 03/07/11-03/11/11 | -1,250.00 | |
| Check | 03/08/2011 | 2420 | Additional drywall patch work | -400.00 | |
| Check | 03/17/2011 | 2431 | Additional drywall patch work | -600.00 | |
| Check | 03/17/2011 | 2432 | Per 03/14/11-03/18/11 | -1,250.00 | |
| Check | 03/17/2011 | 2433 | Reimburse expense | -11.86 | |
| Check | 03/24/2011 | 2437 | Additional drywall patch work | -600.00 | |
| Check | 03/24/2011 | 2438 | Per 03/21/11-03/25/11 | -1,250.00 | |
| Check | 03/31/2011 | 2445 | Per 03/28/11-04/01/11 | -1,250.00 | |
| Check | 03/31/2011 | 2446 | Additional drywall patch work | -600.00 | |
| Check | 03/31/2011 | 2451 | Reimburse expenses | -35.59 | |
| Check | 04/07/2011 | 2453 | Per 04/04/11-04/08/11 | -1,250.00 | |
| Check | 04/07/2011 | 2454 | Additional drywall patch work | -600.00 | |
| Check | 04/14/2011 | 2459 | Additional drywall patch work | -400.00 | |
| Check | 04/14/2011 | 2461 | Per 04/11/11-04/15/11 | -1,250.00 | |
| Check | 01/20/2011 | 2078 | Per 01/14/11-01/21/11 | -1,250.00 | |
| Check | 01/20/2011 | 2086 | Additional drywall patch work | -1,000.00 | |
| Check | 01/20/2011 | 2087 | Reimburse expense 1431 | -54.11 | |
| Check | 01/27/2011 | 2091 | Additional drywall patch work | -1,000.00 | |
| Check | 01/27/2011 | 2092 | Per 01/24/11-01/28/11 | -1,250.00 | |
| Check | 02/02/2011 | 2102 | Additional drywall patch work | -600.00 | |
| Check | 02/03/2011 | 2100 | Per 01/31/11-02/04/11 | -1,250.00 | |
| Check | 02/03/2011 | 2101 | Reimburse Expense | -6.87 | |
| Check | 03/04/2011 | 2416 | 1431 N - as per attached list | -6,758.10 | 2401 NW 77 Terr Miami Fl 33147 |
| Check | 03/15/2011 | 2429 | 1431 N - Balance Fireplace | -1,400.00 | |
| Check | 02/11/2011 | 2113 | Inv#82774 - Service 01/16/11-02/12/11 | -71.82 | PO Box 221167 West Palm Beach Fl 33422 |
| Check | 02/25/2011 | 2406 | Inv#84575- Service 02/13/11-03/12/11 | -75.74 | |
| Check | 03/30/2011 | 2447 | Inv#86384- Service 03/13/11-03/18/11 | -16.42 | |
| Check | 01/24/2011 | 2090 | Additional drywall patch work | -300.00 | 4107 Heartstone Pl Boynton Beach Fl 33436 |
| Check | 02/25/2011 | 2407 | 1431 Cleaning | -850.00 | 851 NE 59 Ct Fl Lauderdale Fl 33334 |
| Check | 03/14/2011 | 2423 | 1427 Cleaning | -280.00 | |

(Num column Vendor names: Adrian Vieru for all rows 2107-2101; Agoda Marble & Granite for 2416, 2429; All Star Toilets LLC for 2113, 2406, 2447; Andras Illanez for 2090; Anisoara Manta for 2407, 2423)

Page 1 of 5

# ARK DEVELOPMENT/OCEANVIEW,LLC
## Vendors Payments
### As of April 26, 2011

| Type | Date | Num | | Memo | Paid Amount | Address |
|---|---|---|---|---|---|---|
| Check | 03/01/2011 | 2408 | AT&T | Acct#954-566-3959 - 1431 N | -5.46 | P.O. BOX 105262 Atlanta GA 30348 |
| Check | 03/24/2011 | 2440 | AT&T | Per attached list | -200.36 | |
| Check | 01/21/2011 | Debit | AT&T | Per attached list - Paid by phone | -431.56 | |
| Check | 03/04/2011 | 2418 | Atlantic Electric Construction | Per attached list | -4,888.13 | P.O. Box 23863 Oakland Park Fl 33307 |
| Check | 02/01/2011 | 2096 | Atlantic Electric Construction | Inv#ov.1431.1007 - 1431 N 1/18/11 | -2,222.31 | |
| Check | 02/01/2011 | 2097 | Atlantic Electric Construction | Per attached list | -2,869.35 | |
| Check | 02/25/2011 | Debit | BB&T | fees | -405.00 | 1580 Sawgrass Corporate Parkway, Ste 310 Sunrise Fl 33323 |
| Check | 02/28/2011 | Debit | BB&T | Fees | -35.00 | |
| Check | 02/28/2011 | Debit | BB&T | Checks order for new account | -106.67 | |
| Check | 02/28/2011 | | BB&T | Service Charge | -386.67 | |
| Check | 04/14/2011 | 2469 | BB&T | 2010 R/E Taxes - 1431 N Folio #49331-01-0101 | -13,091.64 | |
| Check | 04/15/2011 | 2471 | BB&T | Final Payment -1431 N - SKD | -1,836.45 | |
| Check | 02/15/2011 | Debit | BB&T | To close fraud account | -15,263.19 | |
| Check | 02/11/2011 | 2110 | Citizens Property Insurance Corporation | 1 of 4 Pol#1465581- 1431 Wind Renewal | -2,485.60 | 6676 Corporate Center Parkway Jacksonville Fl 32216 |
| Check | 02/11/2011 | 2111 | Citizens Property Insurance Corporation | 1 of 4 Pol#1465480 - 1423 Wind Renewal | -2,485.60 | |
| Check | 02/11/2011 | 2112 | Citizens Property Insurance Corporation | 1 of 4 Pol#1466092 - 1427 Wind Renewal | -2,485.60 | |
| Check | 02/11/2011 | 2106 | CITY OF FORT LAUDERDALE | CO 1427 N Atlantic | -363.45 | P.O. Box 31687 Tampa Fl 33631 |
| Check | 02/15/2011 | 091 | CITY OF FORT LAUDERDALE | Per attached list | -243.15 | |
| Check | 02/17/2011 | 097 | CITY OF FORT LAUDERDALE | Permit#0902213-Reasignment new plumber | -101.95 | |
| Check | 02/24/2011 | 2404 | CITY OF FORT LAUDERDALE | Revision #9 | -89.00 | |
| Check | 03/14/2011 | 2426 | CITY OF FORT LAUDERDALE | Per attached list | -286.40 | |
| Check | 03/17/2011 | 2435 | CITY OF FORT LAUDERDALE | Revision - Icyrene insulation | -75.00 | |
| Check | 03/29/2011 | 2442 | CITY OF FORT LAUDERDALE | Electrical Revision | -75.00 | |
| Check | 03/29/2011 | 2443 | CITY OF FORT LAUDERDALE | Mechanical Revision | -75.00 | |
| Check | 03/31/2011 | 2449 | CITY OF FORT LAUDERDALE | Mechanical Revision | -89.00 | |
| Check | 04/06/2011 | 2455 | CITY OF FORT LAUDERDALE | Structural & Mechanical revision | -178.00 | |
| Check | 04/11/2011 | 2456 | CITY OF FORT LAUDERDALE | Electrical revision | -89.00 | |
| Check | 04/11/2011 | 2457 | CITY OF FORT LAUDERDALE | Submittal for C.O. 1431 | -363.45 | |
| Check | 04/14/2011 | 2464 | CITY OF FORT LAUDERDALE | Per attached list | -376.71 | |
| Check | 03/04/2011 | 2415 | Colonial Cast Stone Inc | as per 1/28/11 - 1431 N | -16,400.30 | 5500 Georgia Ave West Palm Beach Fl 33045 |
| Check | 01/20/2011 | 2080 | Colonial Cast Stone Inc | 1431 N - Deposit | -7,177.00 | |
| Check | 03/31/2011 | 2450 | Devoe Lawn & Tree Service | Lawn service | -75.00 | 1600 NW 33rd Rd Pompano Beach Fl 33064 |
| Check | 03/01/2011 | 2409 | DIARQ CORP | Punch out - 1431 N | -250.00 | 2661 Executive Center Circle Tallahassee Fl 32301 |
| Check | 04/11/2011 | 2470 | FLORIDA DEPARTMENT OF STATE | Doc#L02000022434 Annual report 2011 | -138.75 | GENERAL MAIL FACILITY Miami Fl 33188 |
| Check | 02/15/2011 | 093 | FPL | Per attached list | -780.64 | |
| Check | 03/14/2011 | 2427 | FPL | Per attached list | -1,018.81 | |
| Check | 04/14/2011 | 2465 | FPL | Per attached list | -1,478.78 | |
| Check | 01/24/2011 | 2089 | FPL | Acct#90123-77040 - 1423 N | -310.96 | |

## ARK DEVELOPMENT/OCEANVIEW,LLC
### Vendors Payments
### As of April 26, 2011

| Type | Date | Num | Name | Memo | Paid Amount | Address |
|---|---|---|---|---|---|---|
| Check | 03/14/2011 | 2424 | Jean Claude DelHomme | 1431 N - Stucco Work | -50.00 | 232 Utah Ave Fl Lauderdale Fl 33312 |
| Check | 03/17/2011 | 2436 | MC LAUGHLIN ENGINEERING COMPANY | Inv#U6439 - Final Survey | -500.00 | 400 NE 3rd Ave Fl Lauderdale Fl 33301 |
| Check | 03/04/2011 | 2417 | Metal Art Work & Supply | Balance Inv#209 - 1431 N | -4,182.50 | 249 SW 21 Terrace Fl Lauderdale Fl 33312 |
| Check | 03/15/2011 | 2430 | Metal Art Work & Supply | Balance Inv#216 - 1431 N | -1,250.00 | |
| Check | 01/20/2011 | 2079 | Metal Art Work & Supply | Partial payment Inv #195 - 1431 N | -4,182.50 | |
| Check | 04/14/2011 | 2466 | Northern Trust, N.A | Loan# 1050221931 thru 03/15/11 | -33,267.88 | 595 Baltimore Way Coral Gables Fl 33134 |
| Check | 03/01/2011 | 2410 | Ocean Mist Pool Service LLC | Per attached list | -540.00 | 1100 E Oakland Park Blvd #108 Oakland Park Fl 33334 |
| Check | 04/11/2011 | 2458 | Ocean Mist Pool Service LLC | Per attached list | -270.00 | |
| Check | 01/20/2011 | 2083 | Pasecarter Personal Services | Per attached list | -839.52 | P.O. Box 684005 Houston Tx 77268 |
| Check | 02/01/2011 | 2098 | Pasecarter Personal Services | Inv#44828FTL - 1431 N | -80.08 | |
| Check | 01/20/2011 | 2082 | Powertech Interiors Inc | Per attached list | -1,946.00 | 560 South Andrews Ave Pompano Beach Fl 33069 |
| Check | 02/11/2011 | 2109 | Premium Assigment Corporation | 7 of 10 payment - Acct# 785791 (AD/OV) | -1,763.16 | 3522 Thomasville Road, Suite 400 Tallahassee Fl 32309 |
| Check | 03/01/2011 | 2414 | Premium Assigment Corporation | Acct#763243 JP Insurance (GIC) - 9 of 10 | -834.24 | |
| Check | 03/14/2011 | 2428 | Premium Assigment Corporation | 8 of 10 payment - Acct# 785791 (AD/OV) | -1,763.16 | |
| Check | 03/24/2011 | 2439 | Premium Assigment Corporation | Acct#763243 JP Insurance (GIC) - 10 of 10 | -834.24 | |
| Check | 04/14/2011 | 2462 | Premium Assigment Corporation | 9 of 10 payment - Acct# 785791 (AD/OV) | -1,763.16 | |
| Check | 02/11/2011 | 2115 | RICHARD L FOSTER | Per 02/07/11-02/11/11 - 8 hours | -250.00 | 2656 NE 26TH AVE Fl Lauderdale Fl 33306 |
| Check | 02/15/2011 | 096 | RICHARD L FOSTER | Per 02/14/11-02/18/11 - 8 hours | -250.00 | |
| Check | 02/24/2011 | 2402 | RICHARD L FOSTER | Per 02/21/11-02/25/11 - 8.5 hours | -265.63 | |
| Check | 03/01/2011 | 2413 | RICHARD L FOSTER | Per 02/28/11-03/04/11 - 8 hours | -250.00 | |
| Check | 03/08/2011 | 2421 | RICHARD L FOSTER | Per 03/07/11-03/11/11 - 8.5 hours | -265.63 | |
| Check | 03/16/2011 | 2434 | RICHARD L FOSTER | Per 03/14/11-03/18/11 - 8 hours | -250.00 | |
| Check | 03/24/2011 | 2441 | RICHARD L FOSTER | Per 03/21/11-03/25/11 - 8 hours | -250.00 | |
| Check | 03/31/2011 | 2448 | RICHARD L FOSTER | Per 03/28/11-04/01/11 - 7.5 hours | -234.38 | |
| Check | 04/07/2011 | 2452 | RICHARD L FOSTER | Per 04/04/11-04/08/11 - 8 hours | -250.00 | |
| Check | 04/14/2011 | 2460 | RICHARD L FOSTER | Per 04/11/11-04/15/11 - 7 hours | -218.75 | |
| Check | 01/20/2011 | 2081 | RICHARD L FOSTER | Per 01/17/11-01/21/11 - 9 hours | -281.25 | |
| Check | 01/27/2011 | 2093 | RICHARD L FOSTER | Per 01/24/11-01/28/11 - 9.5 hours | -296.88 | |
| Check | 02/02/2011 | 2103 | RICHARD L FOSTER | Per 01/31/11-02/04/11 - 8 hours | -250.00 | |
| Check | 02/03/2011 | 2105 | Rick Carpenter Inc | 1423 N - Work | -905.59 | 1811 NW 58 Ave Lauderhill Fl 33313 |
| Check | 03/29/2011 | 2444 | STATE OF FLORIDA | State permit for 1431 N | -1,000.00 | |
| Check | 02/03/2011 | 2104 | STATEWIDE CONDOMINIUM INSURANCE | Flood Insurance 2011-2012 - 1427 N | -315.00 | 1425 20TH STREET Vero Beach Fl 32960 |
| Check | 04/14/2011 | 2467 | Stone Profiles | Final payment - 1431 N | -4,826.63 | 1127 Poinsettia Drive Delray Beach Fl 33444 |

## ARK DEVELOPMENT/OCEANVIEW,LLC
### Vendors Payments
#### As of April 26, 2011

| | Type | Date | Num | Name | Memo | Paid Amount | Address |
|---|---|---|---|---|---|---|---|
| | Check | 02/15/2011 | 092 | Teco Peoples Gas | Acct#1810817 - 1427 N | -17.56 | P.O. Box 31017 Tampa Fl 33631 |
| | Check | 03/14/2011 | 2425 | Teco Peoples Gas | Acct#1810817 - 1427 N | -17.56 | |
| | Check | 04/14/2011 | 2463 | Teco Peoples Gas | Acct#1810817 - 1427 N | -17.56 | |
| | Check | 01/27/2011 | 2094 | Trindade Finish Carpentry Corp | 1431 N - Balance | -620.00 | 1601 NE 39th Street Pompano Beach Fl 33064 |
| | Check | 02/11/2011 | 2099 | Ultimate Landscape LLC | 1431 N payment | -3,100.00 | 8927 Hypoluxo Rd, Ste A-214 Lake Worth Fl 33467 |
| | Check | 02/01/2011 | 2095 | Ultimate Landscape LLC | 1427 N payment | -3,100.00 | |
| 1 | Check | 01/24/2011 | 2088 | American Express | Acct#3715-485234-31004 - AD/OV | -143.18 | |
| 2 | Check | 02/02/2011 | Debit | American Express | Acct#3715-378896-92002 - AD/OV-Paid by phone | -36,350.34 | |
| 3 | Check | 03/03/2011 | Debit | American Express | Acct#3715-378896-92002 - I.K. Paid by phone | -13,454.92 | |
| 4 | Check | 04/07/2011 | Debit | American Express | Acct#3715-378896-92002 - I.K. Paid by phone | -10,329.22 | |
| | **AMERICAN EXPRESS PAYMENTS** | | | | | | |
| | Check | 01/24/2011 | 2088 | American Express | All Start Toilets | 143.18 | PO Box 221167 West Palm Beach Fl 33422 |
| | Check | 02/02/2011 | Debit | American Express | | -36,350.34 | |
| | | | | | All Construction | 1,019.99 | 1201 SW 4th Ave Dania Beach Fl 33004 |
| | | | | | Banner Supply | 414.50 | 1660 SW 13 Ct Pompano Beach Fl 33069 |
| | | | | | Kitchen Works | 15,725.00 | 1808 East Sunrise Blvd Fl Lauderdale Fl 33304 |
| | | | | | M&C Pavers | 1,993.50 | 11 SW 5th Court Pompano Beach Fl 33060 |
| | | | | | M&C Pavers | 2,925.00 | 11 SW 5th Court Pompano Beach Fl 33060 |
| | | | | | MB Lighting | 2,915.68 | PO Box 10454 Pompano Beach Fl 33061 |
| | | | | | Mirrors & Crafters | 6,727.00 | 1530 SW Ct Pompano Beach Fl 33069 |
| | | | | | Smith & Sons | 3,000.00 | 3520 NE 28th Ave Lighthouse Point Fl 33064 |
| | | | | | The Islandoor | 1,504.00 | 951 N Powerline Rd Ft Lauderdale Fl 33311 |
| | | | | | Wool Supply | 125.67 | 1321 NE 12th Ave Ft Lauderdale Fl 33304 |
| | Check | 03/03/2011 | Debit | American Express | | -13,454.92 | |
| | | | | | Banner Supply | 682.89 | 1660 SW 13 Ct Pompano Beach Fl 33069 |
| | | | | | FSR | 500.00 | 1440 SW 31 Ave Pompano Beach Fl 33069 |
| | | | | | Jam Lighting | 2,271.23 | 4100 N Powerline Rd Ste O-5 Pompano Beach Fl 33073 |
| | | | | | Jam Lighting | 206.66 | 4100 N Powerline Rd Ste O-5 Pompano Beach Fl 33073 |
| | | | | | Kitchen Works | 364.64 | 1808 East Sunrise Blvd Fl Lauderdale Fl 33304 |
| | | | | | Marble of the World | 2,196.71 | 6001 Powerline Rd ft Lauderdale Fl 33309 |
| | | | | | Pool Guard | 657.20 | 2905 Alabatross  Cooper City Fl 33026 |
| | | | | | Smith & De Shields | 151.88 | 165 NW 20th St Boca Raton Fl 33431 |
| | | | | | Smith & Sons | 3,000.00 | 3520 NE 28th Ave Lighthouse Point Fl 33064 |
| | | | | | The Blind Factory | 2,597.00 | 3368 W Hillsboro Blvd Deerfield Beach Fl 33442 |
| | | | | | Wool Supply | 416.17 | 1321 NE 12th Ave Ft Lauderdale Fl 33304 |
| | | | | | Wool Supply | 409.94 | 1321 NE 12th Ave Ft Lauderdale Fl 33304 |
| | Check | 04/07/2011 | Debit | American Express | | -10,329.22 | |
| | | | | | Clad Tile & Stone | 429.17 | 1106 NE 4th Ave Fl 33304 |
| | | | | | Crisscross | 500.00 | 270 NW 193rd St Miami Fl 33169 |

# ARK DEVELOPMENT/OCEANVIEW,LLC
## Vendors Payments
### As of April 26, 2011

| Type | Date | Num | Memo | Paid Amount | Address |
|---|---|---|---|---|---|
| | | | FSR | 450.00 | 1440 SW 31 Ave Pompano Beach Fl 33069 |
| | | | Kitchen Works | 1,875.00 | 1808 East Sunrise Blvd Fl Lauderdale Fl 33304 |
| | | | M&C Pavers | 1,110.00 | 11 SW 5th Court Pompano Beach Fl 33060 |
| | | | MB Lighting | 4,124.17 | PO B 10454 Pompano Bech Fl 33061 |
| | | | The Islandtor | 477.36 | 951 N Powerline Rd Fl Lauderdale Fl 33311 |
| | | | Tropical Air | 1,327.00 | 12342 Willes Rd Coral Spring Fl 33076 |
| | | | Wool Supply | 36.52 | 1321 NE 12th Ave Fl Lauderdale Fl 33304 |

**American Express New Charges**

| Type | Date | Num | Memo | Paid Amount | Address |
|---|---|---|---|---|---|
| | 03/15/11 | | FSR Transporting | 400.00 | 1440 SW 31 Ave Pompano Beach Fl 33069 |
| | 03/31/11 | | Jam Lighting | 525.60 | 4100 N Powerline Rd Ste O-5 Pompano Beach Fl 33073 |
| | 04/12/11 | | Jam Lighting | 485.27 | 4100 N Powerline Rd Ste O-5 Pompano Beach Fl 33073 |
| | 03/15/11 | | Smith & Sons | 3,725.00 | 3520 NE 28th Ave Lighthouse Point Fl 33064 |
| | 04/15/11 | | The Kitchen Works - final | 5,203.00 | 1808 East Sunrise Blvd Fl Lauderdale Fl 33304 |

## 3.c. PAYMENTS TO INSIDERS

| Type | Date | Num | Name | Paid Amount | Address |
|---|---|---|---|---|---|
| Check | 04/18/2011 | 2474 | ARK FINANCIAL | -30,244.27 | 701 W Cypress Creek Rd #301 Fl Lauderdale Fl 33309 |
| Check | 09/28/2010 | 1938 | ARK FINANCIAL | -6,000.00 | |
| Check | 11/18/2010 | 2004 | ARK FINANCIAL | -50,000.00 | |
| Check | 11/19/2010 | 2006 | ARK FINANCIAL | -25,000.00 | |
| Check | 09/30/2010 | Wire | K & B CAPITAL | -5,000.00 | 701 W Cypress Creek Rd # 301 Fl Lauderdale Fl 33309 |
| Check | 06/03/2010 | 1769 | Kodsi Eisenstein & Associates P.A | -50,000.00 | |
| Check | 03/11/2011 | 2422 | KODSI LAW FIRM | -3,000.00 | 701 W Cypress creek Rd # 301 Fl Lauderdale Fl 33309 |
| Check | 04/18/2011 | 2473 | KODSI LAW FIRM | -45,000.00 | |
| Check | 06/03/2010 | 1767 | KODSI LAW FIRM | -246.12 | |
| Check | 07/20/2010 | 1863 | KODSI LAW FIRM | -450.13 | |