UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ARK DEVELOPMENT/OCEANVIEW, LLC

Case No: 11-20382-JKO

Debtor.                                                    Chapter 11

_____/

### DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING FROM ISAAC KODSI, JOSEPH KODSI AND/OR OTHER RELATED ENTITIES

**\*\*Emergency Hearing Requested Pursuant to Local Rule 9013-1(F) & (H)\*\***

**The above-captioned Debtor requests an emergency hearing in this matter to prevent immediate and irreparable harm that would occur if the Debtor does not have immediate access to the funds necessary to make the proposed adequate protection payments to Northern Trust, if approved by this Court, which payments commence on August 1, 2011. There are currently hearings in this case on July 26, 2011 at 10:30 a.m., and as such, adding this motion to the July 26th calendar will serve judicial economy and will reduce administrative expenses to the Debtor's estate.**

Debtor-in-Possession, Ark Development/Oceanview, LLC (the "Debtor"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 364(a)-(b), moves for the entry of Order authorizing it to obtain post-petition financing from Isaac Kodsi, Joseph Kodsi and/or other related or affiliated entities (collectively, the "Lenders"), and in support thereof, respectfully states as follows:

### BACKGROUND

1.     On April 18, 2011, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtor is operating its business and managing its affairs as debtor-in possession. As of the date hereof, no trustee, examiner, or statutory committee has been appointed in this Chapter 11 case.

3. The Debtor is a limited liability company that owns three luxury homes that are located at 1431 North Atlantic Boulevard, Fort Lauderdale, Florida; 1427 North Atlantic Boulevard, Fort Lauderdale, Florida; and 1423 North Atlantic Boulevard, Fort Lauderdale, Florida.

4. Northern Trust holds valid and perfected security interests and secured claims against certain property (the "Property") of the Debtor. The legal description of the Property is as follows:

> All that portion of Lot 5, Block 8, LAS OLAS BY THE SEA EXTENSION, according to the Plat thereof, recorded in Plat Book 3, at Page 8, of the Public Records of Broward County, Florida, lying west of the west right of way line of State Road A-1-A as shown on right-of-way map of same Sheet #4 and recorded in Right-of-Way Map Book 2, Page 48, Broward County, City of Ft. Lauderdale, Florida.

5. Prior to the Petition Date, the Debtor was in the process of constructing a luxury home on the Property. After the Petition Date, the Debtor completed construction of said residence on the Property and a certificate of occupancy for the residence has been issued by the City of Fort Lauderdale.

6. Since the filing of the Petition, the Debtor has not made any payments to Northern Trust.

7. Thereafter, the Debtor and Northern Trust were able to resolve their disputes regarding the debt owed to Northern Trust and the Court will be conducting a hearing on the *Joint Expedited Motion for Order Approving Agreement, Granting Adequate Protection, Relief*

*from Stay, Abstention and Dismissal of Case between Debtor and Northern Trust* [D.E. 68] (the "9019 Motion") on Tuesday, July 26, 2011.

8. Pursuant to the terms of the Agreement, the Debtor is required to make adequate protection monthly payments to Northern Trust in the amount of $15,931.95, commencing August 1, 2011.

**RELIEF REQUESTED AND BASIS FOR RELIEF REQUESTED**

9. Through this motion, the Debtor requests that this Court enter interim and final Orders: (A) authorizing the Debtor to obtain post-petition financing from the Lenders in accordance with the terms and conditions set forth herein; and (B) scheduling a final hearing.

10. The Debtor has an immediate need to obtain financing to permit, among other things, to make the adequate protection payments to Northern Trust, if approved by this Court, which will enable the Debtor to confirm its Plan.

11. In order to finance the adequate protection payments, the Lenders have agreed to fund the proposed adequate protection payments to Northern Trust in exchange for an administrative expense claim under 11 U.S.C. § 503(b)(1). Repayment of the post-petition financing to the Lenders shall be at confirmation of the Debtor's Plan.

12. The Debtor submits that the post-petition financing requested herein is in the best interests of the Debtor and its estate since the Debtor has been unable to obtain such credit otherwise and it will allow the Debtor to make the adequate protection payments to Northern Trust, if approved by this Court, in an orderly and reasonable manner, and to preserve and enhance the value of its assets for the benefit of the Debtor's estate. Further, the Debtor submits that the estate and the creditors will be unable to obtain more favorable financing than that which is proposed.

13.     Accordingly, the Debtor submits that the terms of the proposed post-petition financing, as described herein, are fair and reasonable, and in the best interests of the Debtor, the Debtor's estate and the Debtor's creditors.

### INTERIM RELIEF REQUESTED

14.     Within the meaning of Rule 4001(c)(2) of the Federal Rules of Bankruptcy Procedure, the Court may conduct a final hearing on a motion for authority to obtain debtor-in-possession financing no earlier than fourteen (14) days following service of the motion, but if requested, the Court may conduct an interim hearing within such interim period and authorize obtainment of credit to the extent necessary to avoid imminent and irreparable harm to the estate pending a final hearing.

15.     The Debtor respectfully requests that the Court conduct an emergency interim hearing and authorize the Debtor to obtain debtor-in-possession financing as requested hereunder, and authorize the Debtor to obtain immediate financing, on an interim basis, from the Lenders in the amount of $15,931.95 each month, commencing August 1, 2011.

16.     Absent immediate financing, the Debtor will suffer immediate and irreparable harm because the Debtor will be unable to make the adequate protection payments to Northern Trust and Northern Trust will be able to proceed against its Property.

### FINAL HEARING REQUESTED

17.     The Debtor respectfully requests that an interim hearing be conducted by the Court, to be followed by a final hearing not less than fourteen (14) days thereafter.

**WHEREFORE**, the Debtor respectfully requests that the Court enter interim and final orders (a) authorizing the Debtor to obtain post-petition financing from the Lenders; (b) granting the Lenders an administrative expenses claim pursuant to 11 U.S.C. § 503(b)(1); (c) scheduling a final hearing; and (d) granting such other and further relief as the Court may deem just and proper.

> Respectfully Submitted,
>
> **SHRAIBERG, FERRARA & LANDAU, P.A.**
> Attorneys for the Debtor
> 2385 NW Executive Center Drive, #300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email: plandau@sfl-pa.com
>
> By:  /s/ Philip J. Landau
>      Philip J. Landau
>      Florida Bar. No. 0504017
>      Lenore M. Rosetto
>      Florida Bar No. 064448

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF Notice of Electronic Filing to those parties registered to receive electronic noticing and via First Class U.S. Mail to all persons on the attached Service List on this the 25th day of July, 2011.

/s/ Philip J. Landau
Philip J. Landau

**Service List**
**Case No. 11-20382-JKO**

**Sent via CM/ECF**

- Lawrence Gordich    LAG@segallgordich.com, cmp@segallgordich.com;mma@segallgordich.com
- Hollie N Hawn    hhawn@broward.org
- Philip J Landau    plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com
- David J Lienhart    dlienhart@ralaw.com, yhibbert@ralaw.com;mkrakar@ralaw.com;msaez@ralaw.com;gjensen@ralaw.com;lspangler@ralaw.com;ksphillips@ralaw.com
- Sundeep K Mullick    SKM@segallgordich.com, cmp@segallgordich.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alan J. Perlman    aperlman@ralaw.com, msaez@ralaw.com

**Sent via First Class U.S. Mail**

See creditor mailing matrix

```
Label Matrix for local noticing          Ark Development/Oceanview, LLC          Branch Banking and Trust Company
113C-0                                   701 West Cypress Creek Road, Suite 301   350 E. Las Olas Blvd #1150
Case 11-20382-JKO                        Fort Lauderdale, FL 33309-2045           Fort Lauderdale, FL 33301-4254
Southern District of Florida
Fort Lauderdale
Thu Jul 21 10:18:40 EDT 2011

Branch Banking and Trust Company         Broward County                           Northern Trust, N.A.
c/o W. Glenn Jensen, Esq.                Records,Taxes & Treasury Div             Segall Gordich P.A.
P.O. Box 6507                            c/o Hollie N Hawn                        801 Brickell Avenue
Orlando, FL 32802-6507                   115 So. Andrews Ave.                     Suite 900
                                         Fort Lauderdale, Fl 33301-1818           Miami, FL 33131-2979

A&S Interior                             Abreda Marble and Granite, Inc           Agreda Granite
1015 West Newport Center Drive           2401 NW 77th Terr                        2401 NW 77 Terrace
Suite 103                                Miami, FL 33147-5560                     Miami, FL 33147-5560
Deerfield Beach, FL 33442-7740

Allied Elevator Company, Inc.            American Express                         Anisoara Manta
18101 N.W. 82nd Court                    P.O. Box 360001                          851 NE 58th Court
Hialeah, FL 33015-2621                   Fort Lauderdale, FL 33336-0001           Fort Lauderdale, FL 33334-3501

Ark Capital Group, LLC                   Atlantic Stone Care, LLC                 BB&T Mortgage
701 West Cypress Creek Road              2710 S. Ocean Dr. Apt. 401               1580 Sawgrass Corporate Parkway
Suite 301                                Hollywood, FL 33019-2725                 Suite 310
Fort Lauderdale, FL 33309-2045                                                    Fort Lauderdale, FL 33323-2860

BB&T, successor to Colonial Bank         Bella Lena Drainage                      Broward County Records,Taxes & Treasury Div.
c/o W. Glenn Jensen, Esq.                1285 S. Dixie Highway West               TAX COLLECTOR-Gov't Center Annex
420 South Orange Ave., CNL II, 7th Flr   Pompano Beach, FL 33060-8518             Attn: Litigation Dept.
Orlando, FL 32801-3313                                                            115 So. Andrews Avenue
                                                                                  Ft. Lauderdale, Fl 33301-1818

Broward County Revenue Collection        Brunos Shower & Mirrors                  Casale Marble Imports, Inc.
P.O. Box 29009                           1122 NW 79th Drive                       750 S.W. 17th Avenue
Fort Lauderdale, FL 33302-9009           Fort Lauderdale, FL 33322-5164           Delray Beach, FL 33444-1329

Colonial Cast Stone                      Darq Corp.                               Devolo Cabinets
5500 Georgia Avenue                      1431 North Fort Lauderdale Beach Blvd.   1917 Tigertail Blvd.
Key West, FL 33045                       Fort Lauderdale, FL 33304-1714           Dania, FL 33004-2125

FL Dept of Revenue                       FSR Hauling                              Fire Place Krippel
5050 W. Tennessee Street                 1440 SW 31st Avenue                      4416 SW 74th Avenue
Tallahassee, FL 32399-0100               Pompano Beach, FL 33069-4833             Miami, FL 33155-4408

First Priority                           IMG Investment, LLC                      Internal Revenue Service
3251 NW 65th Street                      701 West Cypress Creek Road              Attn: Special Procedures
Fort Lauderdale, FL 33309-1617           Suite 301                                P.O. Box 34045
                                         Fort Lauderdale, FL 33309-2045           Stop 572
                                                                                  Jacksonville, FL 32202
```

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Isaac Kodsi<br>701 West Cypress Creek Road, Suite 301<br>Fort Lauderdale, FL 33309-2045 |
| Joseph Kodsi<br>701 West Cypress Creek Road<br>Suite 301<br>Fort Lauderdale, FL 33309-2045 | Joseph Kodsi<br>701 West Cypress Creek Road, Suite 301<br>Fort Lauderdale, FL 33309-2045 | Joseph Kodsi<br>701 West Cypress Creek, Road 301<br>Fort Lauderdale, FL 33309-2045 |
| K.I.T. Management, Inc.<br>701 West Cypress Creek Road<br>Suite 302<br>Fort Lauderdale, FL 33309-2045 | LFH Acquisition Corp.<br>d/b/a Labor for Hire<br>c/o Brian M. Abelow<br>5561 N. University Drive, Suite 102<br>Pompano Beach, FL 33067-4652 | Light Bulbs Unlimited<br>1290 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33334-4418 |
| MB Lighting<br>4100 North Powerline Road<br>Suite O-5<br>Pompano Beach, FL 33073-3043 | Metal Stair Railing<br>249 SW 21 Terrace<br>Fort Lauderdale, FL 33312-1424 | Metal Works<br>249 SW 21 Terrace<br>Fort Lauderdale, FL 33312-1424 |
| Midland Loan Services, Inc.<br>P.O. Box 25965<br>Overland Park, KS 66225-5965 | Mr. Sprinkler<br>2831 NE 17th Terrace<br>Pompano Beach, FL 33064 | Northern Trust, N.A.<br>700 Brickell Avenue<br>Miami, FL 33131-2810 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pasecetter Personal Services<br>P.O. Box 684005<br>Houston, TX 77268-4005 | Pauls Carpet<br>31 NW 23rd Street<br>Miami, FL 33127-4407 |
| Peter Jimenez<br>4742 Tropicana Avenue<br>Pompano Beach, FL 33330-4426 | Peter Tocci<br>701 West Cypress Creek Road, Suite 301<br>Fort Lauderdale, FL 33309-2045 | Petes Plumbing Gas<br>2031 SW 70th Avenue, #C4<br>Fort Lauderdale, FL 33317-7336 |
| Powertech Interiors<br>560 South Andrews Avenue<br>Pompano Beach, FL 33069-3506 | Prestige Plumbing Services<br>5200 NE 3rd Terrace<br>Fort Lauderdale, FL 33334-2404 | Smith & Sons Painting Interior<br>1235 SE 12th Avenue<br>Deerfield Beach, FL 33441-7128 |
| Solar Air, Inc.<br>3700 Hacienda Boulevard<br>Suite # C<br>Fort Lauderdale, FL 33314-2823 | Stone Profiles, LLC<br>1127 Poinsettia Drive<br>Delray Beach, FL 33444-1221 | Tile Marble by Valentin<br>1983 Hammondville Road<br>Pompano Beach, FL 33069-1958 |
| US Attorney Southern District of Florida<br>500 East Broward Boulevard<br>Fort Lauderdale, FL 33394-3000 | Philip J Landau<br>2385 N.W. Executive Center Dr # 300<br>Boca Raton, FL 33431-8530 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Ogden, UT 84201-0039 | (d)Internal Revenue Service<br>P.O. Box 105017<br>Atlanta, GA 30348-5017 | End of Label Matrix<br>Mailable recipients   58<br>Bypassed recipients    0<br>Total                 58 |