ORDERED in the Southern District of Florida on Aug 23, 2011



John K. Olson, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 |
|---|---|
| ARK DEVELOPMENT/OCEANVIEW, LLC, | Case No. 11-20382-JKO |
| Debtor. | |

### ORDER GRANTING *EX-PARTE* MOTION FOR RELIEF FROM STAY AND FOR AN ORDER DIRECTING THE DEBTOR TO ABANDON CERTAIN COLLATERAL AND CONFIRMING DISMISSAL AND ABSTENTION AS TO CERTAIN PROPERTY

THIS CAUSE having come before the Court on August 23 2011, upon Creditor, NORTHERN TRUST N.A.'s ("NORTHERN") *Ex-Parte Motion for Relief from Stay and for an Order Directing the Debtor to Abandon Certain Collateral and Confirming Dismissal and Abstention as to Certain Property* (the "Motion") [D.E. #105], and the Court having reviewed the file, considered the Motion and exhibits thereto, considered the arguments and

representations of counsel, being otherwise fully advised in the premises, determined that pursuant to the *Final Order Granting Joint Expedited Motion for Order Approving Agreement, Granting Adequate Protection, Relief from Stay, Abstention and Dismissal of Case* [D.E. #96] no hearing is required prior to the entry hereof, and believing that good cause exists,

IT IS HEREBY ORDERED AND ADJUDGED:

A.  The Motion is GRANTED.

B.  NORTHERN is hereby granted relief from any stay, including but not limited to the stay otherwise applicable under Bankruptcy Code sections 105 and 362, in order that NORTHERN may foreclose on and cause the Property (as defined in D.E. #96) to be sold pursuant to a court order, and to take any other actions necessary or appropriate under the Loan Documents (as defined in D.E. 96) or applicable law to collect its claims against the Debtor and/or the Property;

C.  The Debtor shall abandon the Collateral (as defined in D.E. #96) peacefully to NORTHERN within five (5) days of the entry of this Order.

D.  The Court abstains from hearing the instant bankruptcy case as it pertains to the Property, and the instant bankruptcy case is dismissed as to the Property.

###

SUBMITTED BY:
Lawrence A. Gordich, Esq.
Segall Gordich, P.A.
Attorneys for Creditor
NORTHERN TRUST N.A.
801 Brickell Avenue, Suite 900
Miami, FL 33131
Tel.: 305-755-4931
Facsimile: 305-438-7438
Email: lag@segallgordich.com

Lawrence A. Gordich, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.