

## ORDERED in the Southern District of Florida on August 31, 2011.

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ARK DEVELOPMENT/OCEANVIEW, LLC

              Debtor.
_____/

Case No: 11-20382-JKO

Chapter 11

### ORDER DENYING DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING FROM ISAAC KODSI AND/OR OTHER RELATED ENTITIES

**THIS MATTER** came before the Court for hearing on August 24th, 2011 upon Ark Development/Oceanview, LLC's *Emergency Motion for Order Authorizing Post-Petition Financing From Isaac Kodsi, Joseph Kodsi and/or Other Related Entities* (the "Motion") [D.E. 75]. The Court, having reviewed the Motion, having heard the statements of counsel, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES:**

{1548/000/00086923}

1. The Motion is Denied as Moot.

# # #

**SUBMITTED BY:**
Philip J. Landau
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800/ Facsimile: 561-998-0047
Email:  plandau@sfl-pa.com

Philip J. Landau, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{1548/000/00086923}                         1