
Case 11-20382-JKO    Doc 136    Filed 08/31/11    Page 1 of 2

**ORDERED in the Southern District of Florida on August 31, 2011.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ARK DEVELOPMENT/OCEANVIEW, LLC

        Debtor.

Case No: 11-20382-JKO

Chapter 11

_____/

**ORDER GRANTING DEBTOR-IN-POSSESSION'S APPLICATION
FOR APPROVAL OF EMPLOYMENT OF PEDRO GOMEZ
AND 1ST REALTY SERVICES, INC. AS
REAL ESTATE APPRAISER *NUNC PRO TUNC* TO JULY 5, 2011**

**THIS MATTER** came before the Court for hearing on August 24th, 2011 upon Ark Development/Oceanview, LLC's *Application for Approval of Employment of Pedro Gomez and 1st Realty Services, Inc. as Real Estate Appraiser Nunc Pro Tunc to July 5, 2011* (the "Application") [D.E. 84]. The Court, having reviewed the Application, having

heard the statements of counsel, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES that:**

1. The Application is **GRANTED**.

###

**SUBMITTED BY:**
Philip J. Landau
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800/ Facsimile: 561-998-0047
Email:  plandau@sfl-pa.com

Philip J. Landau, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{1548/000/00086917}    1