UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ARK DEVELOPMENT/OCEANVIEW, LLC

Case No: 11-20382-JKO

Debtor.

Chapter 11

_____/

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 PROCEEDING**

Ark Development/Oceanview, LLC, by and through its undersigned counsel, and pursuant to 11 U.S.C. § 1112(b), hereby files this *Motion to Voluntarily Dismiss Chapter 11 Proceeding*, and in support thereof, respectfully states as follows:

**JURISDICTION**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue in this district is proper pursuant to 28 U.S.C. § 1409.

2. The predicate for the relief requested herein is Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Rule 9019-1.

**BACKGROUND**

3. On April 18, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. Pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtor is operating its business and managing its affairs as a debtor-in possession. As of the date hereof, no trustee, examiner, or statutory committee has been appointed in this Chapter 11 case.

5. The Debtor is a limited liability company that owns three luxury homes that are located at 1431 North Atlantic Boulevard, Fort Lauderdale, Florida (the "1431 Property"); 1427 North Atlantic Boulevard, Fort Lauderdale, Florida (the "1427 Property"); and 1423 North Atlantic Boulevard, Fort Lauderdale, Florida (the "1423 Property").

6. Upon information and belief, the Debtor's prepetition secured creditors are Northern Trust, N.A. ("Northern Trust") based upon a first position mortgage on the 1431 Property; BB&T Mortgage ("BB&T") based upon a first position mortgage on the 1427 Property; and Midland Loan Services, Inc. ("Midland") based upon a first position mortgage on the 1423 Property.

7. During the pendency of this bankruptcy proceeding, a number of disputes arose between the Debtor and Northern Trust and the Debtor and BB&T.

8. On August 23, 2011, an Order was entered granting Northern Trust relief from the automatic stay to allow Northern Trust to foreclose on and cause the 1431 Property to be sold, requiring the Debtor to abandon the 1431 Property to Northern Trust, and dismissing the instant bankruptcy case as it pertains to the 1431 Property. *See* D.E. 118.

9. Thereafter, on August 31, 2011, BB&T obtained relief from the automatic stay to allow BB&T to proceed with and conclude its foreclosure proceeding against the Debtor in State Court (Case No. 10-040842), including through sale of the 1427 Property and the issuance of a certificate of title. *See* D.E. 133.

**RELIEF REQUESTED AND BASIS FOR RELIEF REQUESTED**

10. Through this motion, the Debtor seeks voluntary dismissal of the above-referenced Chapter 11 bankruptcy case.

11. Section 1112(b) of the Bankruptcy Code permits a party in interest, such as the Debtor in this case, to seek dismissal of a bankruptcy case for cause, provided it is in the best interest of creditors.  11 U.S.C. § 1112(b).

12. The most important consideration when dismissing a case is whether dismissal is in the best interest of creditors. *See In re Banks*, 35 B.R. 59 (Bankr. D. Md. 1983).  Cause does not exist if the dismissal of the case will result in possible prejudice to the creditors. *See In re Warner*, 83 B.R. 807 (Bankr. M.D. Fla. 1988).

13. In the instant case, the Debtor submits that the dismissal of this Chapter 11 case is in the best interests of this estate and the Debtor's creditors because Northern Trust and BB&T have obtained relief from the automatic stay, and thus, there is nothing left to reorganize. Further, the continuation of the bankruptcy case would cause additional, unnecessary fees and expenses.

14. Additionally, the Debtor submits that dismissal is a better alternative than conversion to a case under Chapter 7 because there are no assets for a Chapter 7 trustee to administer, conversion to a Chapter 7 would result in significant delays to unsecured creditors, and there would be additional Chapter 7 administrative expenses that would be unnecessarily incurred by the estate.

15. Accordingly, the Debtor submits that dismissal of this case is in the best interests of the Debtor's estate and its creditors.

16. The Debtor submits that unsecured creditors will not be prejudiced by the dismissal of this action because the automatic stay will be lifted and unsecured creditors shall be free to bring actions against the Debtor to collect on their alleged claims.

17. Prior to dismissal, the Debtor shall pay all allowed administrative expenses, including its attorneys' fees and its U.S. Trustee's fees incurred in this estate.

18. Finally, in order to ensure that neither Northern Trust nor BB&T are prejudiced, the Debtor requests that the orders granting these secured creditors relief from the automatic stay survive the dismissal of this case.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order: (i) dismissing the above-captioned bankruptcy case; (ii) requiring the Debtor to pay any outstanding US Trustee fees and administrative expenses; and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: plandau@sfl-pa.com

By:  /s/ Philip J. Landau
  Philip J. Landau
  Florida Bar. No. 0504017
  Lenore M. Rosetto
  Florida Bar No. 064448

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: /s/Philip J. Landau
Philip J. Landau, Esq.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on this the 7th day of September, 2011 and via First Class U.S. Mail to those parties listed on the attached Service List on the 8th day of September, 2011.

/s/ Philip J. Landau
Philip J. Landau

**Service List**
**Case No. 11-20382-JKO**

**Sent via CM/ECF**

- Lawrence Gordich    LAG@segallgordich.com, cmp@segallgordich.com;mma@segallgordich.com
- Hollie N Hawn    hhawn@broward.org
- Philip J Landau    plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com
- David J Lienhart    dlienhart@ralaw.com, yhibbert@ralaw.com;mkrakar@ralaw.com;msaez@ralaw.com;gjensen@ralaw.com;lspangler@ralaw.com;ksphillips@ralaw.com
- Sundeep K Mullick    SKM@segallgordich.com, cmp@segallgordich.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alan J. Perlman    aperlman@ralaw.com, msaez@ralaw.com

**Sent via First Class U.S. Mail**

Michael Wall Plumbing Services, Inc.
3030 SW 2nd Street
Fort Lauderdale, Florid 33312

See creditor mailing matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 11-20382-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Jul 21 10:18:40 EDT 2011 | Ark Development/OceanView, LLC<br>701 West Cypress Creek Road, Suite 301<br>Fort Lauderdale, FL 33309-2045 | Branch Banking and Trust Company<br>350 E. Las Olas Blvd #1150<br>Fort Lauderdale, FL 33301-4254 |
| Branch Banking and Trust Company<br>c/o W. Glenn Jensen, Esq.<br>P.O. Box 6507<br>Orlando, FL 32802-6507 | Broward County<br>Records,Taxes & Treasury Div<br>c/o Hollie N Hawn<br>115 So. Andrews Ave.<br>Fort Lauderdale, Fl 33301-1818 | Northern Trust, N.A.<br>Segall Gordich P.A.<br>801 Brickell Avenue<br>Suite 900<br>Miami, FL 33131-2979 |
| A&S Interior<br>1015 West Newport Center Drive<br>Suite 103<br>Deerfield Beach, FL 33442-7740 | Abreda Marble and Granite, Inc<br>2401 NW 77th Terr<br>Miami, FL 33147-5560 | Agreda Granite<br>2401 NW 77 Terrace<br>Miami, FL 33147-5560 |
| Allied Elevator Company, Inc.<br>18101 N.W. 82nd Court<br>Hialeah, FL 33015-2621 | American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | Anisoara Manta<br>851 NE 58th Court<br>Fort Lauderdale, FL 33334-3501 |
| Ark Capital Group, LLC<br>701 West Cypress Creek Road<br>Suite 301<br>Fort Lauderdale, FL 33309-2045 | Atlantic Stone Care, LLC<br>2710 S. Ocean Dr. Apt. 401<br>Hollywood, FL 33019-2725 | BB&T Mortgage<br>1580 Sawgrass Corporate Parkway<br>Suite 310<br>Fort Lauderdale, FL 33323-2860 |
| BB&T, successor to Colonial Bank<br>c/o W. Glenn Jensen, Esq.<br>420 South Orange Ave., CNL II, 7th Flr<br>Orlando, FL 32801-3313 | Bella Lena Drainage<br>1285 S. Dixie Highway West<br>Pompano Beach, FL 33060-8518 | Broward County Records,Taxes & Treasury Div.<br>TAX COLLECTOR-Gov't Center Annex<br>Attn: Litigation Dept.<br>115 So. Andrews Avenue<br>Ft. Lauderdale, Fl 33301-1818 |
| Broward County Revenue Collection<br>P.O. Box 29009<br>Fort Lauderdale, FL 33302-9009 | Brunos Shower & Mirrors<br>1122 NW 79th Drive<br>Fort Lauderdale, FL 33322-5164 | Casale Marble Imports, Inc.<br>750 S.W. 17th Avenue<br>Delray Beach, FL 33444-1329 |
| Colonial Cast Stone<br>5500 Georgia Avenue<br>Key West, FL 33045 | Darq Corp.<br>1431 North Fort Lauderdale Beach Blvd.<br>Fort Lauderdale, FL 33304-1714 | Devolo Cabinets<br>1917 Tigertail Blvd.<br>Dania, FL 33004-2125 |
| FL Dept of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399-0100 | FSR Hauling<br>1440 SW 31st Avenue<br>Pompano Beach, FL 33069-4833 | Fire Place Krippel<br>4416 SW 74th Avenue<br>Miami, FL 33155-4408 |
| First Priority<br>3251 NW 65th Street<br>Fort Lauderdale, FL 33309-1617 | IMG Investment, LLC<br>701 West Cypress Creek Road<br>Suite 301<br>Fort Lauderdale, FL 33309-2045 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Isaac Kodsi<br>701 West Cypress Creek Road, Suite 301<br>Fort Lauderdale, FL 33309-2045 |
| Joseph Kodsi<br>701 West Cypress Creek Road<br>Suite 301<br>Fort Lauderdale, FL 33309-2045 | Joseph Kodsi<br>701 West Cypress Creek Road, Suite 301<br>Fort Lauderdale, FL 33309-2045 | Joseph Kodsi<br>701 West Cypress Creek, Road 301<br>Fort Lauderdale, FL 33309-2045 |
| K.I.T. Management, Inc.<br>701 West Cypress Creek Road<br>Suite 302<br>Fort Lauderdale, FL 33309-2045 | LFH Acquisition Corp.<br>d/b/a Labor for Hire<br>c/o Brian M. Abelow<br>5561 N. University Drive, Suite 102<br>Pompano Beach, FL 33067-4652 | Light Bulbs Unlimited<br>1290 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33334-4418 |
| MB Lighting<br>4100 North Powerline Road<br>Suite O-5<br>Pompano Beach, FL 33073-3043 | Metal Stair Railing<br>249 SW 21 Terrace<br>Fort Lauderdale, FL 33312-1424 | Metal Works<br>249 SW 21 Terrace<br>Fort Lauderdale, FL 33312-1424 |
| Midland Loan Services, Inc.<br>P.O. Box 25965<br>Overland Park, KS 66225-5965 | Mr. Sprinkler<br>2831 NE 17th Terrace<br>Pompano Beach, FL 33064 | Northern Trust, N.A.<br>700 Brickell Avenue<br>Miami, FL 33131-2810 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pasecetter Personal Services<br>P.O. Box 684005<br>Houston, TX 77268-4005 | Pauls Carpet<br>31 NW 23rd Street<br>Miami, FL 33127-4407 |
| Peter Jimenez<br>4742 Tropicana Avenue<br>Pompano Beach, FL 33330-4426 | Peter Tocci<br>701 West Cypress Creek Road, Suite 301<br>Fort Lauderdale, FL 33309-2045 | Petes Plumbing Gas<br>2031 SW 70th Avenue, #C4<br>Fort Lauderdale, FL 33317-7336 |
| Powertech Interiors<br>560 South Andrews Avenue<br>Pompano Beach, FL 33069-3506 | Prestige Plumbing Services<br>5200 NE 3rd Terrace<br>Fort Lauderdale, FL 33334-2404 | Smith & Sons Painting Interior<br>1235 SE 12th Avenue<br>Deerfield Beach, FL 33441-7128 |
| Solar Air, Inc.<br>3700 Hacienda Boulevard<br>Suite # C<br>Fort Lauderdale, FL 33314-2823 | Stone Profiles, LLC<br>1127 Poinsettia Drive<br>Delray Beach, FL 33444-1221 | Tile Marble by Valentin<br>1983 Hammondville Road<br>Pompano Beach, FL 33069-1958 |
| US Attorney Southern District of Florida<br>500 East Broward Boulevard<br>Fort Lauderdale, FL 33394-3000 | Philip J Landau<br>2385 N.W. Executive Center Dr # 300<br>Boca Raton, FL 33431-8530 | |